IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT D. SAYRE,<br><br>               Plaintiff,<br><br>v.<br><br>CUSTOMERS BANK,<br><br>               Defendant. | CIVIL ACTION<br>NO. 14-3740 |

## **ORDER**

**AND NOW,** this 5th day of June 2017, in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Judgment is entered in favor of Plaintiff Robert D. Sayre and against Defendant Customers Bank on Count II of the Amended Complaint alleging a violation of the Pennsylvania Unfair Trade Practices and Consumer Protection (Doc. No. 22), in the amount of $10,407.03 plus interest. The award of $10,407.03 is actual damages consisting of legal fees and appraisal fees charged by Defendant to Plaintiff that is trebled.

                                                BY THE COURT:

                                                /s/ Joel H. Slomsky
                                                JOEL H. SLOMSKY, J.