IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT D. SAYRE,

    Plaintiff,

v.

CUSTOMERS BANK,

    Defendant.

CIVIL ACTION
NO. 14-3740

**ORDER**

**AND NOW,** this 23rd day of August 2017, upon consideration of Plaintiff's Motion for Attorney's Fees Pursuant to Fed. R. Civ. P. 54(d)(2) (Doc. No. 87), Plaintiff's Amended Motion for Attorney's Fees Pursuant to Fed. R. Civ. P. 54(d)(2) (Doc. No. 89), and Defendant's Opposition to Plaintiff's Motion for Attorney's Fees Pursuant to Fed. R. Civ. P. 54(d)(2) (Doc. No. 93), and for the reasons stated in the Opinion issued this day, it is **ORDERED** as follows:

1. Plaintiff's Motion for Attorney's Fees Pursuant to Fed. R. Civ. P. 54(d)(2) (Doc. No. 87) is **DENIED WITHOUT PREJUDICE AS MOOT**.

2. Plaintiff's Amended Motion for Attorney's Fees Pursuant to Fed. R. Civ. P. 54(d)(2) (Doc. No. 89) is **GRANTED IN PART AND DENIED IN PART**. The Amended Motion (Doc. No. 89) is **GRANTED** and Plaintiff is awarded attorney's fees in the amount of $25,699.22. The Amended Motion (Doc. No. 89) is **DENIED** as to any amount requested for attorney's fees above the award of $25,699.22.

3. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.